### William GIBSON, Appellant,

v.

### PREMIUM STANDARD FARMS, INC., Defendant,

### State of Missouri Division of Employment Security, Respondent.

### No. WD 60197.

Missouri Court of Appeals, Western District.

Jan. 8, 2002.

Jerold L. Drake, Grant City, MO, for Appellant.

Sharon A. Willis, Kansas City, MO, for Respondent.

Before VICTOR C. HOWARD, P.J., PATRICIA A. BRECKENRIDGE and THOMAS H. NEWTON, JJ.

## ORDER

PER CURIAM.

Mr. William Gibson appeals the decision of the Labor and Industrial Relations Commission affirming his disqualification from unemployment benefits due to misconduct connected with Mr. Gibson's work. After a thorough review of the record, for the reasons stated in the memorandum provided to the parties, we affirm. Rule 84.16(b).